ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-50080-PHX-DGC |
|---|---|
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| vs. | |
| Mark Picard, | |
| Defendant. | |

The government, after consulting with the supervising probation officer, has no objection to the defendant's request for early termination. The defendant has done fairly well while on supervision and he has completed his home confinement and community service hours. The probation officer does not object to the request.

Respectfully submitted this 18th day of July 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*S/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

*I hereby certify that on July 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and mailed a copy to the defendant who is not a registered CM/ECF user:*

Mark Picard
1628 E Southern Ave., Ste. 9
Tempe, AZ 85282-5781