# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mark Picard,<br><br>　　　　Defendant. | No. CR 18-50080-1-PHX-DGC<br><br>**ORDER** |

Upon motion of the defendant without objection from the government or the probation officer, and good cause appearing,

IT IS ORDERED granting defendant's motion for early termination of supervised release. Doc. 2.

Dated this 8th day of August, 2018.

_____
David G. Campbell
United States District Judge